WRIGHT *v.* GARLAND.

EVANS, P. J. The law and the facts of this case did not require the verdict returned; and as the judgment complained of is the first grant of a new trial, it will not be disturbed. Civil Code (1910), § 6204.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*
OCTOBER 12, 1911.

Complaint for land. Before Judge Reagan. Pike superior court. December 12, 1910.

*B. H. Manry* and *R. L. Berner,* for plaintiff in error.
*Cleveland & Goodrich* and *Henry O. Farr,* contra.